UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                2:10-cr-15-FtM-29DNF

PATRICIA RODGERS

_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's letter filed on April 30, 2014, and construed as a Motion for Early Termination of Supervised Release (Doc. #35). The Government's Response (Doc. #36) was filed on May 8, 2014. The motion is opposed by both the United States Probation Office and the prosecution. For the reasons set forth below, the motion is denied.

Early termination of supervised release is permissible if, after considering the relevant factors in 18 U.S.C. § 3553(a), the Court concludes that early termination is warranted by the conduct of defendant and the interests of justice. 18 U.S.C. § 3583(e)(1). Defendant's three year term of supervised release expires in April, 2015, but defendant seeks early termination in order to "move on and start my career," apparently in cosmetology. The Probation Officer reports there are no known hindrances due to defendant's supervised release, and defendant has identified none. The Court

finds that the facts submitted by defendant do not establish that termination of supervision prior to the scheduled termination is warranted or in the interests of justice.

Accordingly, it is now

**ORDERED:**

Defendant's letter, deemed a Motion for Early Termination of Supervised Release (Doc. #35), is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of May, 2014.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Patricia Rodgers
U.S. Probation